Alexander Leatham #268863
Name and Prisoner/Booking Number

Solano County Jail
Place of Confinement

500 Union Ave
Mailing Address

Fairfield, CA, 94533
City, State, Zip Code

FILED

AUG 09 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Alexander Leatham, )
(Full Name of Plaintiff) Plaintiff, )
)
v. )  CASE NO. 2:24-cv-2150 SCR PC
)  (To be supplied by the Clerk)
(1) Solano County, )
(Full Name of Defendant) )
(2) Wellpath Medical, )
)  **CIVIL RIGHTS COMPLAINT**
(3) Larry Duffield, )  **BY A PRISONER**
)  Jury Trial Demanded
(4) Eric Woodford, )  ☒ Original Complaint
Defendant(s). )  ☐ First Amended Complaint
☒ Check if there are additional Defendants and attach page 1-A listing them. )  ☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
    ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____

2. Institution/city where violation occurred: Solano County Jail Fairfield CA

Alexander Leatham
580 Union Ave
Fairfield CA 94533

## Additional Defendants 1-A

(5) Sgt. K. Bettencourt
    Classification Sgt. at
    Solano County Jail

(6) Lt. A Hagen
    Lt. at
    Solano County Jail

Alexander Leatham
580 Union Ave
Fairfield CA 94533

## B. DEFENDANTS

1. Name of first Defendant: **Solano County**. The first Defendant is employed as: **N/A** (Position and Title) at **Solano County Jail** (Institution)

2. Name of second Defendant: **Wellpath Medical**. The second Defendant is employed as: **medical provider** (Position and Title) at **Solano County Jail** (Institution)

3. Name of third Defendant: **Larry Duffield**. The third Defendant is employed as: **Officer** (Position and Title) at **Solano County Jail** (Institution)

4. Name of fourth Defendant: **Eric Woodford**. The fourth Defendant is employed as: **PREA auditor** (Position and Title) at **Solano County Jail** (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

2 attached pages

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: 8th and 14th Amendment

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I'm a female transgender pretrial detainee in jail in Solano County. In December of 2022 officer Larry Duffield said that my bullet wound injuries were what I "deserve for being a woke who thinks he can change from being a man to a woman." He said this while he had a gun on his body. Another officer laughed and said my colostomy bag "[Wasn't] very feminine".

   When I was brought to Solano Jail in December 2022, they saw my state ID which says "female". They asked my gender, I said female. They asked what my genitals looked like and I said I wouldn't answer. And they said that because I didn't answer, they would house me with men. And marked me as "Male" in their database. Then a group of men pressed me against the floor and cut off my clothes and looked at my genitals and called this a "forcible cross gender strip search".

   One time a PREA auditor named Eric Woodhand came to the jail I told him that over and over again a group of male guards would surround me, pick me up

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Sexual assault, threat of use of lethal force against me by officer for being trans, sexual harassment, trauma, damage to physical and mental health, disrupted sleep due to needing to be prepared to defend myself from officers

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

# CLAIM I

and press me against the floor and cut off my clothes including my bra and underwear and touch my breasts and stare at my genitals. Sometimes making jokes about whether "it" was a "he" or a "she" while I said that I am female and I do not consent. Eric told me that my repeated sexual assaults "would be a violation of PREA" "If you were a woman." "However, you are not a woman." to which I replied "What? I am a woman! Transgender women are women!" He kept repeating "You are not a woman." And I kept opposing him and then he ended the interview.

I then wrote a grievance informing the jail of Eric's transmisogyny detailing what he did and they said he did nothing wrong. And said this again on appeal.

They have done at least 9 "forcible crossgender strip searches" to me just because I am transgender.

And they repeatedly claimed that what they were doing was according to "policy and procedure". Which means that Solano's policies and procedures are transmisogynistic and actively damaging to myself and other transgender people by design.

They housed me with men who threatened to murder me for being trans, banged on my cell doors shouting "Show me your tits!" solicited me

# CLAIM I

repeatedly for sex acts, called me a "faggot", "tranny", "bitch", "shitpacker", "sissy boy" etc. Said they were my husband, would non stop scream at me during my "unlock" and a lot more. Nothing remotely like this happens to any other inmate I have seen in Solano. In response the guards said to "ignore it" and told me to put a second shirt on over my shirt as my breast were attracting sexual activity. I have not seen any other inmate have almost all around them persistantly keep trying to attack them.

The guards basically always misgender me if they gender me at all. See one written instance of this in Sanction Report #24000689. It happens all the time verbally. I would cite more written examples but they destroyed a lot of my grievances when they transfered me to and from Porterville "State Hospital" where the staff said that I wasn't psychotic but that they were going to hold me down and forcibly administer antipsychotics for something they only characterized as "agitation related to being misgendered" which is a whole other thing.

1 attached page

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: 8th and 14th Amendment

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 24-03-25 Jeffrey C. Kauffman granted an order of Habeas Corpus (#WR23-00242 County of Solano Department One) that I had filed with the court saying that Solano housing women who are transgender with men is wrong. Kauffman wrote "Respondent is ordered to assign Petitioner to an appropriate facility designated for female inmates." On the same day that the jail received this order, they transferred me to Stanton, an "all-male" facility and pressed me against the ground and tore off my clothes in a "forcible strip search" as I told them that I didn't consent. And then they put me in a module which like all modules in Stanton is designated only for men.

   Then later they transferred me to a medical isolation cell in the infirmary in this Fairfield jail. Where I am kept in administrative segregation in a cell with no light switch and no outside window for 23 hours a day. I repeatedly asked what medical reason they had to hold me in the infirmary and the classification officers evaded my questions. And I repeatedly asked to leave administrative segregation.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Administrative segregation, housing me a woman with men, discrimination, retaliatory sexual assault, mental and physical damage from being in what is essentially solitary confinement for ~4 months, emotional distress

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

# CLAIM II

In response to grievances #24000949 and #24000933 Sgt. Bettencourt and Lt. Hagen said that they were housing me in the infirmary because I am transgender and that I am in administrative segregation because I refuse to be a woman in a general population of men.

In response to grievance #24000949 classification Sgt. Bettencourt says I am in the infirmary just because I am transgender and not for any medical reason. Saying "this is appropriate because" While 2M-Module itself is designated as part of the infirmary cells in this module have and can be used for housing people for non-medical reasons."

Classification officer Fisher responded to me asking to leave ad seg with "So you want to join the general population of men?" (Which I take to reflect the discussions they are having about trans women behind closed doors.)

Then I sent a+ a lot of letters to trans support groups saying what the jail is doing to me. Some of the letters were intercepted and an officer held up a few letters so I could see them and interrogated me about what I said in them. I don't know if these letters ever made it to their intended recipients.

1 attached page

## CLAIM III

1. State the constitutional or other federal civil right that was violated: 8th and 14th Amendment

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Since arriving in Solano County Jail in December 2022 Wellpath medical has blocked my access to my hormones. I have filed multiple grievances asking for my hormones or any medical care for being transgender the facility and Wellpath continue to do nothing.

   The jail received a letter dated 23-01-19 sent from the Prison Law Office explaining federal and state laws concerning transgender inmates and the WPATH Standards of care for transgender inmates.

   They acknowlege in grievance #24000934 my prescription for hormones I attached a copy of the letter from A.D. Lewis that was sent to Tim P. Kam to the grievance. It said that the law is clear that any prescription for hormones should be continued without delay.

   They repeatedly claim to be acting in accordence with Policy and procedure. If this is true then Solano County's Policy and procedure is wrong and have caused

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Forcible hormonal detransition, Conversion therapy, damage to my body from almost 2 years of forced detransition, brain damage from lack of hormones psychological distress, discrimination, oppression.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

# CLAIM III

Severe damage to my body and mind

I am a woman who is transgender, I need my hormones. Wellpath is intentionally blocking my access to my hormones despite repeated requests. The medical staff refuse to acknowledge any and all of their laws regarding transgender medical care. And instead are forcibly hormonally detransitioning me for almost 2 years as part of the jail's de facto policy of putting transgender people through conversion therapy.

## E. REQUEST FOR RELIEF

State the relief you are seeking: Emergency injunctive order requiring the facility to provide treatment for gender dysphoria and to stop housing me with men. Request investigation into use of infirmary as retaliation. Request investigation into the history of the use of conversion therapy on transgender inmates in Solano including a list of victims with reparations paid to each (excluding myself). An investigation into all alleged "suicides" comitted by trans inmates in Solano jails, with findings made public. Habeas corpus for myself out of the Solano jail system to a place not hostile to trans people. A ban on the de facto policy of conversion therapy on trans inmates in Solano. $100,000 for the physical and mental damage they have inflicted on me and other trans people, $100,000 to be donated to a charity for homeless transgender abuse victims.

I declare under penalty of perjury that the foregoing is true and correct.

all of which is
Executed on  24-08-01
            DATE                                                    SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6