Name: Alexander Leatham
CDC No:
Address: 500 Union Ave
Fairfield, CA, 94533

**FILED**

AUG 19 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

CASE NUMBER:

Plaintiff/Petitioner,

v.

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

Defendants/Respondent.

2:24-CV-2150 SCR

I, Alexander Leatham, declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. § 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   X Yes  __ No  (If "no" DO NOT USE THIS FORM)

   State the place of your incarceration. Solano County Jail

2. Are you currently employed (includes prison employment)?   __ Yes   X No

   a. If the answer is "yes" state the amount of your pay. _____

3. Have you received any money from the following sources over the last twelve months?

   a. Business, profession, or other self-employment:    __ Yes   X No
   b. Rent payments, interest or dividends:              __ Yes   X No
   c. Pensions, annuities or life insurance payments:   __ Yes   X No
   d. Disability or workers compensation payments:       __ Yes   X No
   e. Re Gifts or inheritances:                          __ Yes   X No
   f. Any other sources:                                 __ Yes   X No

If the answer to any of the above is "yes," describe by that item each source of money, state the amount received, as well as what you expect you will continue to receive (attach an additional sheet if necessary).

# Inmate Balance History Report - Sample
Between 2/1/2024 12:00:00AM - 8/12/2024 11:59:59PM

Created: 8/12/2024 3:11:54PM

Number: 268863  Secondary: 2024001376  Location: 01-JCDF LVL4 L 09
Name: LEATHAM, ALEXANDER JEFFREY

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| Beginning Totals: | 02/01/2024 12:00:00AM | | 0.00 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT *Dep $255.00* | 02/18/2024 09:40:38PM | 150.00 | 150.00 | 0.00 | 0.00 |
| GTL PHONE TIME | 02/20/2024 10:06:29AM | (60.00) | 90.00 | 0.00 | 0.00 |
| ORDER DEBIT *Bal. $26.11* | 02/20/2024 10:06:29AM | (54.77) | 35.23 | 0.00 | 0.00 |
| RETURN CREDIT | 02/22/2024 08:23:41AM | 10.60 | 45.83 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 02/26/2024 03:31:01PM | 105.00 | 150.83 | 0.00 | 0.00 |
| ORDER DEBIT | 02/27/2024 09:42:36AM | (137.31) | 13.52 | 0.00 | 0.00 |
| RETURN CREDIT | 02/29/2024 09:25:04AM | 12.59 | 26.11 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 03/01/2024 02:31:12PM | 120.00 | 146.11 | 0.00 | 0.00 |
| ORDER DEBIT *Dep $420.00* | 03/05/2024 09:50:50AM | (130.40) | 15.71 | 0.00 | 0.00 |
| RETURN CREDIT | 03/07/2024 08:40:23AM | 1.75 | 17.46 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 03/12/2024 01:51:44PM | 150.00 | 167.46 | 0.00 | 0.00 |
| ORDER DEBIT *Bal $163.09* | 03/19/2024 09:38:35AM | (138.61) | 28.85 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 03/25/2024 02:11:33PM | 150.00 | 178.85 | 0.00 | 0.00 |
| ORDER DEBIT | 03/26/2024 09:55:16AM | (23.64) | 155.21 | 0.00 | 0.00 |
| ORDER CREDIT | 03/27/2024 09:17:40AM | 7.88 | 163.09 | 0.00 | 0.00 |
| RETURN CREDIT | 04/01/2024 08:22:46AM | 15.76 | 178.85 | 0.00 | 0.00 |
| GTL PHONE TIME | 04/02/2024 09:36:44AM | (5.00) | 173.85 | 0.00 | 0.00 |
| ORDER DEBIT | 04/02/2024 09:36:44AM | (142.14) | 31.71 | 0.00 | 0.00 |
| RETURN CREDIT *Dep $535.00* | 04/04/2024 08:47:41AM | 15.76 | 47.47 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 04/07/2024 03:12:14PM | 110.00 | 157.47 | 0.00 | 0.00 |
| ORDER DEBIT | 04/09/2024 10:07:51AM | (148.56) | 8.91 | 0.00 | 0.00 |
| RETURN CREDIT *Bal $155.76* | 04/11/2024 08:44:00AM | 16.11 | 25.02 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 04/14/2024 03:02:33PM | 125.00 | 150.02 | 0.00 | 0.00 |
| ORDER DEBIT | 04/16/2024 09:38:34AM | (148.56) | 1.46 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 04/21/2024 12:00:47PM | 150.00 | 151.46 | 0.00 | 0.00 |
| ORDER DEBIT | 04/23/2024 09:59:04AM | (145.70) | 5.76 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 04/28/2024 02:26:21PM | 150.00 | 155.76 | 0.00 | 0.00 |
| ORDER DEBIT | 05/07/2024 09:38:41AM | (146.67) | 9.09 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 05/09/2024 06:56:51AM | 100.00 | 109.09 | 0.00 | 0.00 |
| RETURN CREDIT *Dep $550.00* | 05/09/2024 08:24:03AM | 2.65 | 111.74 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 05/11/2024 08:27:00PM | 150.00 | 261.74 | 0.00 | 0.00 |
| ORDER DEBIT | 05/14/2024 09:02:20AM | (147.65) | 114.09 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT *Bal $160.41* | 05/19/2024 12:07:23PM | 150.00 | 264.09 | 0.00 | 0.00 |
| ORDER DEBIT | 05/21/2024 09:41:26AM | (109.43) | 154.66 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 05/24/2024 06:35:51PM | 150.00 | 304.66 | 0.00 | 0.00 |
| ORDER DEBIT | 05/28/2024 09:17:44AM | (144.25) | 160.41 | 0.00 | 0.00 |
| ORDER DEBIT | 06/04/2024 10:02:10AM | (141.83) | 18.58 | 0.00 | 0.00 |
| PRO PER SUPPLIES FEE | 06/05/2024 12:33:41PM | (0.96) | 17.62 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT *Dep $450.00* | 06/09/2024 08:46:41AM | 150.00 | 167.62 | 0.00 | 0.00 |
| ORDER DEBIT | 06/11/2024 09:16:48AM | (147.65) | 19.97 | 0.00 | 0.00 |
| PRO PER SUPPLIES FEE | 06/11/2024 11:17:02AM | (1.60) | 18.37 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT *Bal $224.27* | 06/16/2024 03:17:03AM | 150.00 | 168.37 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 06/22/2024 08:54:33PM | 150.00 | 318.37 | 0.00 | 0.00 |
| ORDER DEBIT | 06/25/2024 09:33:08AM | (94.10) | 224.27 | 0.00 | 0.00 |
| ORDER DEBIT | 07/02/2024 09:22:30AM | (141.80) | 82.47 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 07/07/2024 12:55:22PM | 150.00 | 232.47 | 0.00 | 0.00 |
| PRO PER SUPPLIES FEE | 07/08/2024 12:15:08PM | (1.44) | 231.03 | 0.00 | 0.00 |
| ORDER DEBIT | 07/16/2024 11:02:43AM | (149.24) | 81.79 | 0.00 | 0.00 |
| PRO PER SUPPLIES FEE | 07/16/2024 03:34:34PM | (1.09) | 80.70 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 07/21/2024 10:56:07AM | 150.00 | 230.70 | 0.00 | 0.00 |

"I hereby certify upon my own personal knowledge that the warrants listed have been issued or voided/destroyed in accordance with Solano County Policy."

Page 1 of 2

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report

Number: 268863        Secondary: 2024001376        Location: 01-JCDF LVL4 L 09
Name: LEATHAM, ALEXANDER JEFFREY

| Transaction | Date | Transaction Amount | Running Balance | Running Owed | Running Other |
|---|---|---|---|---|---|
| Beginning Totals: *Dep $450.00* | 02/01/2024 12:00:00AM | | 0.00 | 0.00 | 0.00 |
| ORDER DEBIT | 07/24/2024 08:52:12AM | (149.95) | 80.75 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT *Bal $82.65* | 07/27/2024 08:51:58PM | 150.00 | 230.75 | 0.00 | 0.00 |
| ORDER DEBIT | 07/30/2024 10:43:20AM | (148.10) | 82.65 | 0.00 | 0.00 |
| TOUCHPAY WEB DEPOSIT | 08/03/2024 08:12:19PM | 150.00 | 232.65 | 0.00 | 0.00 |
| ORDER DEBIT | 08/05/2024 08:47:34AM | (5.30) | 227.35 | 0.00 | 0.00 |
| PRO PER SUPPLIES FEE | 08/05/2024 11:20:49AM | (1.09) | 226.26 | 0.00 | 0.00 |
| RETURN CREDIT | 08/06/2024 10:42:24AM | 5.30 | 231.56 | 0.00 | 0.00 |
| ORDER DEBIT | 08/06/2024 10:58:41AM | (144.61) | 86.95 | 0.00 | 0.00 |
| RETURN CREDIT | 08/08/2024 09:10:36AM | 47.40 | 134.35 | 0.00 | 0.00 |
| PRO PER SUPPLIES FEE | 08/12/2024 12:46:30PM | (1.54) | 132.81 | 0.00 | 0.00 |
| **Ending Totals:** | | | **132.81** | **0.00** | **0.00** |

Handwritten annotations:

|   | Deposits | Balance |
|---|---|---|
| Feb | 255.00 | 26.11 |
| Mar | 420.00 | 163.09 |
| Apr | 535.00 | 155.76 |
| May | 550.00 | 160.41 |
| June | 450.00 | 224.27 |
| July | 450.00 | 82.65 |

443.33
6 ⟌ 2,660.00

135.38
6 ⟌ 812.29

Stamp: "I declare under penalty of perjury that this document is true and correct. CUSTODY DIVISION of SOLANO COUNTY SHERIFF/CORONER" 8/12/2024

"I hereby certify upon my own personal knowledge that the warrants listed have been issued or voided/destroyed in accordance with Solano County Policy."

This report may contain privileged and/or confidential information that is intended solely for the use of the Correctional Facility. The report

4. Do you have cash (includes balance of checking or savings accounts)? ___ Yes ☒ No

   If "yes" state the total amount: _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property? ___ Yes ☒ No

   If "yes" describe the property and state its value: _____

6. Do you have any other assets? ___ Yes ☒ No

   If "yes," list the asset(s) and state the value of each asset listed: _____

7. List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support.
   None
   _____

**This form must be dated and signed below for the court to consider your application.**

I hereby authorize the agency having custody of me to provide a certified copy of my trust account statement for activity covering the last six months to the Court. Additionally, once eligibility is established, I further authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2).

√24-08-05                              x  *Ala Leath*
DATE                                   SIGNATURE OF APPLICANT

**Applicant's CDCR Number (Mandatory for CDCR Applicants):** _____

*CERTIFICATION BELOW IS TO BE COMPLETED BY*
*NON-CDCR INCARCERATED PRISONERS ONLY*

**CERTIFICATE**
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ 132.81 on account to his/her credit at Solano County Jail (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ 135.38. I further certify that during the past six months the average monthly deposits to the applicants account was $ 443.33.
(Please attach a certified copy of the applicant's trust account statement showing transactions for the past six months.)

8/12/2024                              *ns*
DATE                                   SIGNATURE OF AUTHORIZED OFFICER

~~CASH HANDLING~~

SOLANO COUNTY SHERIFF'S DEPARTMENT
CUSTODY DIVISION
INMATE REQUEST   JCDF L4 L09

FACILITY: CLAYBANK — VALLEJO — (FAIRFIELD)
(circle one)

NAME: Alex Leatham   DATE: 24-08-████

HOUSING: ~~████~~ 4 L9   BK NO: 268863

REQUEST: SEE ATTACHED DOCUMENT

OFFICER SIGN. AND CALL NO: _____

circle   APPROVED   or   DISAPPROVED

REASON: 8/12/2024 - See Attached - mb.

5/92  SDD  033