UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER LEATHAM, | No. 2:24-cv-2150 SCR P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. §1983. Plaintiff has not paid the required filing fee of $350.00 plus the $55.00 administrative fee nor has she filed an application to proceed in forma pauperis. See 28 U.S.C. §§1914(a) & 1915(a). Plaintiff will be granted thirty days to pay the filing fee in full or submit a properly completed application to proceed in forma pauperis.

Plaintiff is cautioned that the in forma pauperis application form includes a section that must be completed by a prison or jail official, and the form must be accompanied by a certified copy of plaintiff's prison or jail trust account statement for the six-month period immediately preceding the filing of this action.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, either the $350.00 filing fee plus the $55.00 administrative fee or a properly completed application to proceed in

forma pauperis on the form provided with this order. Plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in dismissal of this action without prejudice; and

    2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: August 19, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE