UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEXANDER LEATHAM,** | NO. **2:24−CV−02150−DC−SCR** |
| Plaintiff, | <u>ORDER OF REASSIGNMENT</u> |
| v. | |
| **SOLANO COUNTY, ET AL.,** | |
| Defendant. | |

The court, having considered the appointment of District Judge Dena M. Coggins, finds the necessity for reassignment of the above captioned case, and for notice to be given to the affected parties.

**IT IS THEREFORE ORDERED** that the above captioned case shall be and is hereby **REASSIGNED** from District Judge Daniel J. Calabretta to District Judge Dena M. Coggins for all further proceedings. The new case number for this action, which must be used on all documents filed with the court, is: **2:24−CV−02150−DC−SCR**

All hearings set before the District Judge on pending motions are VACATED pursuant to Local Rule 230(g). If the court subsequently concludes that oral argument is necessary, a hearing will be set and the parties notified accordingly. This order does not impact the filing deadlines for opposition and reply briefs.

/////

/////

Further, any other court appearances—e.g., scheduling conference, pretrial conference, and trial date—currently set before the District Judge in this reassigned action are VACATED and shall be reset, as necessary, by the reassigned court.

DATED: October 11, 2024

Troy L. Nunley
Chief United States District Judge