Alexander Leatham #268863
Solano County Jail
500 Union Ave.
Fairfield, CA 94533

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER LEATHAM, | No. 2:24-cv-02150 DC SCR P ✓ |
| Plaintiff, | |
| v. | NOTICE OF ELECTION |
| SOLANO COUNTY, et al., | [handwritten: her! I am female! I question the supposed impartiality of this Court in matters concerning women who are transgender!] |
| Defendants. | |

Check one:

\_\_\_\_\_ Plaintiff wants to proceed immediately on (his) [circled] cognizable claims against defendants Solano County, Wellpath, Woodford, Bettencourt, and Hagen without amending the complaint. Plaintiff understands that by choosing this option, defendant Duffield and plaintiff's Fourteenth Amendment conditions of confinement and First Amendment mail access claims will be voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

**X** Plaintiff wants time to file an amended complaint. [handwritten: I want time to file an amended complaint.]

DATED: 25-9-8

/s/ Alexander Leatham
Alexander Leatham
Plaintiff pro se

1