UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER LEATHAM,<br><br>Plaintiff,<br><br>v.<br><br>SOLANO COUNTY, et al.,<br><br>Defendants. | No. 2:24-cv-02150 DC SCR P<br><br><br><br>ORDER |

Plaintiff is in pretrial criminal custody proceeding pro se with a civil rights action under 42 U.S.C. § 1983. By order filed August 27, 2025, plaintiff's complaint was screened and she was given the option of amending the complaint or proceeding immediately on cognizable claims only. (ECF No. 8.) Plaintiff has now notified the court that she would like to amend the complaint. (ECF No. 9.)

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty (30) days from the service of this order to file an amended complaint as outlined in the screening order dated August 27, 2025. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint, as screened, and it will be recommended that defendant Duffield and plaintiff's conditions of confinement and mail access claims be dismissed without prejudice.

/////

1

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: September 24, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE