UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER LEATHAM, | No. 2:24-cv-02150 DC SCR P |
| Plaintiff, | |
| v. | ORDER AND |
| SOLANO COUNTY, et al., | FINDINGS & RECOMMENDATIONS |
| Defendants. | |

Plaintiff is in pretrial criminal custody and proceeding pro se with this civil rights action under 42 U.S.C. § 1983. On August 27, 2025, the undersigned screened plaintiff's complaint and gave her the option of proceeding on cognizable claims or filing an amended complaint. ECF No. 8. Plaintiff elected to amend. ECF No. 9. On September 24, 2025, the undersigned issued an order directing plaintiff to file an amended complaint within thirty days. ECF No. 10. The order advised that if plaintiff failed to file an amended complaint, the case will proceed on the original complaint, as screened, and it will be recommended that defendant Duffield and plaintiff's conditions of confinement and mail access claims be dismissed without prejudice. *Id.* at 1.

More than thirty days have passed and plaintiff has not filed an amended complaint. Accordingly, this case will proceed on the complaint as screened and the court will order service of the complaint. By findings and recommendations, the court will recommend dismissal of the non-cognizable claims.

1

Accordingly, IT IS HEREBY ORDERED that:

1. In accordance with the screening order dated August 27, 2025 (ECF No. 8), service is appropriate for defendants Solano County, Wellpath, Woodford, Bettencourt, and Hagen.

2. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, one summons, an instruction sheet, and a copy of the complaint filed August 9, 2024 (ECF No. 1).

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each of the following defendants: (1) Solano County; (2) Wellpath; (3) Woodford; (4) Bettencourt; and (5) Hagen; and

    d. Six (6) copies of the endorsed complaint filed August 9, 2024.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

IT IS FURTHER RECOMMENDED that, for the reasons set forth in the screening order dated August 27, 2025 (ECF No. 8 at 7-8, 11-12), defendant Duffield and plaintiff's Fourteenth Amendment conditions of confinement claim and First Amendment mail access claim be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate Judges Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified

////

time may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED: December 2, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE