UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER LEATHAM, | No.  2:24-cv-2150 SCR P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| SOLANO COUNTY, et al., | |
| Defendants. | |

Plaintiff is in pretrial criminal custody and proceeding pro se with a civil rights action under 42 U.S.C. §1983.  By order dated December 3, 2025, the undersigned found service of the complaint appropriate for defendants Solano County, Wellpath, Woodford, Bettencourt, and Hagen, and directed plaintiff to complete and submit the enclosed service documents within thirty days.  ECF No. 11.  More than thirty days have passed, and plaintiff has not submitted the documents or otherwise responded to the order.

Accordingly, within thirty days, plaintiff shall complete and submit the required service paperwork and show cause, in writing, why the action should not be dismissed for failure to do so within the time provided.  Plaintiff's failure to respond to this order to show cause will result in a recommendation that the action be dismissed without prejudice for failure to prosecute, Fed. R.

/////

1

Civ. P. 41(b), and failure to comply with a court order, Local Rule 110.  The undersigned will direct the Clerk of the Court to re-send the documents enclosed with the December 2025 order.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall send plaintiff five (5) USM-285 forms, one summons, an instruction sheet, and a copy of the complaint filed August 9, 2024 (ECF No. 1).

2. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each of the following defendants: (1) Solano County; (2) Wellpath; (3) Woodford; (4) Bettencourt; and (5) Hagen; and

    d. Six (6) copies of the endorsed complaint filed August 9, 2024.

3. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

4. Plaintiff shall also show cause, in writing, within thirty days, why the failure to complete and submit the service documents in compliance with the court's order dated December 3, 2025, should not result in a recommendation that this case be dismissed based on failure to prosecute under Rule 41(b) and failure to comply with a court order under Local Rule 110.

5. Plaintiff's failure to respond to this order will result in a recommendation that the action be dismissed without prejudice for failure to prosecute, Fed. R. Civ. P. 41(b), and failure to comply with a court order, Local Rule 110.

DATED:  March 2, 2026.

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER LEATHAM,                                No.  2:24-cv-2150 SCR P

        Plaintiff,

    v.                                        NOTICE OF SUBMISSION OF DOCUMENTS

SOLANO COUNTY, et al.,

        Defendants.

Plaintiff submits the following documents in compliance with the court's order filed

_____ :

       1       completed summons form

             completed forms USM-285

             copies of the complaint

DATED:

_____
Plaintiff

1