UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEXANDER LEATHAM,

Plaintiff,

v.

SOLANO COUNTY, et al.,

Defendants.

No. 2:24-cv-02150-DC-SCR (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(Doc. No. 11)

Plaintiff Alexander Leatham, a pretrial detainee proceeding *pro se* filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 9, 2024, Plaintiff filed a complaint against Defendants Eric Woodford, Solano County. Sergeant K. Bettencourt, Lieutenant A. Hagen, Wellpath Medical, and Larry Duffield. (Doc. No. 1.) On August 27, 2025, the assigned magistrate judge screened Plaintiff's complaint and liberally construed Plaintiff's complaint as raising the following causes of action: (1) Fourth Amendment failure-to-protect claim; (2) Fourth Amendment unreasonable search claim; (3) Fourteenth Amendment right to bodily privacy claim; (4) First Amendment retaliation claim; (5) Fourteenth Amendment conditions of confinement claim; (6) First Amendment mail access claim; and (7) Fourteenth Amendment inadequate medical care claim. (Doc. No. 8.) The magistrate judge found Plaintiff failed to allege sufficient facts to state a cognizable Fourteenth Amendment

1

conditions of confinement claim and First Amendment mail access claim. (*Id*. at 11–12.) Further, the magistrate judge found Plaintiff failed to state a cognizable claim against Defendant Duffield. (*Id*. at 8, 14–15.) The magistrate judge gave Plaintiff the option of proceeding on her cognizable claims and voluntarily dismissing defendant Duffield or filing an amended complaint. (*Id*. at 14–15.)

On September 17, 2025, Plaintiff filed a notice of election indicating her intent to amend her complaint. (Doc. No. 9.) A week later, the magistrate judge issued an order providing Plaintiff thirty (30) days to file an amended complaint. (Doc. No. 10.) The magistrate judge advised Plaintiff if she fails to file an amended complaint, the magistrate judge would recommend that Defendant Duffield and her Fourteenth Amendment conditions of confinement and First Amendment mail access claims be dismissed without prejudice. (*Id*. at 1.) Plaintiff did not file an amended complaint.

Accordingly, on December 3, 2025, the magistrate judge issued findings and recommendations recommending Defendant Duffield and Plaintiff's Fourteenth Amendment conditions of confinement claim and First Amendment mail access claim be dismissed without prejudice. (Doc. No. 11.) The findings and recommendations were served upon Plaintiff and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id*. at 2.) Plaintiff has not filed any objections and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 3, 2025 (Doc. No. 11) are ADOPTED IN FULL;

2. Defendant Larry Duffield, Plaintiff's Fourteenth Amendment conditions of confinement claim, and First Amendment mail access claim are dismissed without prejudice; and

/////

2

/////

3.  This matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  __**April 8, 2026**__

Dena Coggins
United States District Judge